Alan R. Glavic, pro se.

---

THE STATE OF OHIO, APPELLEE, *v.* JOHNSON, APPELLANT.

[Cite as *State v. Johnson,* 105 Ohio St.3d 132, 2005-Ohio-786.]

(No. 2004–0690—Submitted February 16, 2005—Decided March 16, 2005.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. White*, 103 Ohio St.3d 580, 2004-Ohio-5989, 817 N.E.2d 393.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

---

E. Michael Pfeifer, Wyandot County Prosecuting Attorney, and Jonathan K. Miller, Assistant Prosecuting Attorney, for appellee.

David H. Bodiker, State Public Defender, and Angie Greene, Assistant Public Defender, for appellant.